ROSANNA C. BARCLAY, on Behalf of Herself and Others, Appellant, *v.* CORN EXCHANGE BANK TRUST COMPANY, Respondent, Impleaded with Others.

(Submitted May 3, 1935; decided May 22, 1935.)

*Benjamin P. DeWitt* and *Sidney Pepper* for appellant.
*Frank C. Laughlin, Albert Falck* and *Stewart W. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.